720

CITY CENTER MOTEL, INC., *v.* FLORIDA HOTEL
AND RESTAURANT COMMISSION.

No. 920.   Decided June 25, 1962.

*John H. Cotten* for appellant.

*Weldon G. Starry* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

WASILEWSKI *v.* BOARD OF SCHOOL DIRECTORS
OF THE CITY OF MILWAUKEE.

No. 1124, Misc.   Decided June 25, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.